**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 SILVER CURVE GAMES, INC.,

                              Plaintiff,

          -against-                                                25 **CIVIL** 04184 (KPF)

                                                                   **JUDGMENT**

ICAHN SCHOOL OF MEDICINE AT MOUNT
SINAI.,

                              Defendant.
-----------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 6, 2026, Defendant's motion to dismiss is

GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

          March 8, 2026


                                                   **TAMMI M. HELLWIG**
                                              _____
                                                      **Clerk of Court**


                                       **BY:**
                                              _____
                                                      **Deputy Clerk**